# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| PRATHER BROTHERS LLC, ET AL. | CIVIL ACTION NO. 6:24-1664 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| EXXON MOBIL CORP, ET AL. | MAGISTRATE JUDGE AYO |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 36), and having thoroughly reviewed the record, including the written objections filed (Record Document 37), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 30) is **GRANTED**. Plaintiff's incorporated Motion for Attorney's Fees (Record Document 30) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of October, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE